

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-28-2008

# Old Bridge Twp Bd Ed v. Gen Star Indemnity

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-1261

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"Old Bridge Twp Bd Ed v. Gen Star Indemnity" (2008). *2008 Decisions.* Paper 1128.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/1128

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

————————

No. 07-1261

————————

OLD BRIDGE TOWNSHIP BOARD OF EDUCATION,
                                        Appellant
                    v.
GENERAL STAR INDEMNITY COMPANY
                    v.
GENERAL STAR INDEMNITY COMPANY,
                                        Third Party Plaintiff
                    v.
INSURANCE CORPORATION OF HANNOVER,
                                        Third Party Defendant

————————

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civ. No. 05-cv-05681)
District Judge:   Hon. Garrett E. Brown, Jr.

————————

Submitted under Third Circuit LAR 34.1(a)
on March 7, 2008

Before:   FISHER, GREENBERG and ROTH, <u>Circuit Judges</u>

**O R D E R**

**IT IS ORDERED** at the direction of the Court that the **not precedential opinion**

**and judgment filed** on **May 23, 2008** in the above matter is **vacated and removed from**

**this Court's docket and website.** A revised not precedential opinion and judgment will

be filed simultaneously with this Order.

For the Court,

/s/ Marcia M. Waldron
Circuit Judge

Dated: May 28, 2008
nmb/cc:    Marc I. Bressman, Esq.
            Scott W. Carbone, Esq.
            Thomas S. Novak, Esq.